IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT S. BROOKS, JR.,

    Plaintiff,

v.                                                      No. 12-cv-1249 MV/SMV

FARMINGTON MUN. SCH. and
JANEL RYAN,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    Tuesday, April 16, 2013, at 1:30 p.m.

**Matter to be heard**:  Scheduling a settlement conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Tuesday, April 16, 2013, at 1:30 p.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                                          **STEPHAN M. VIDMAR**
                                                                                        **United States Magistrate Judge**