IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT S. BROOKS, JR.,**

    Plaintiff,

v.                                No. 12-cv-1249-MV/SMV

**BD. OF EDUC., FARMINGTON**
**MUN. SCH., and JANEL RYAN,**

    **Defendants.**

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE

THIS MATTER is before the Court on Defendants' Unopposed Motion to Extend Defendants' Expert Disclosure Deadline [Doc. 38]. The Court, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' Unopposed Motion to Extend Defendants' Expert Disclosure Deadline [Doc. 38] is **GRANTED**. Defendants' Expert Disclosures are to be made no later than **May 28, 2013**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**