IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT S. BROOKS, JR.,**

    Plaintiff,

v.                                                                    No. 12-cv-1249 MV/SMV

**FARMINGTON MUN. SCH. and JANEL RYAN,**

    Defendants.

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND ANSWER

    THIS MATTER is before the Court on Defendants' Unopposed Motion to Amend Defendants' Answer to Plaintiff's Complaint . . . [Doc. 54]. Defendants seek to amend their Answer to admit ¶ 33 of the Complaint. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' Unopposed Motion to Amend Defendants' Answer to Plaintiff's Complaint . . . [Doc. 54] is **GRANTED**. Defendants shall file their Amended Answer **within seven days** of entry of this Order.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**