# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ROBERT S. BROOKS, JR.,**

     **Plaintiff,**

**v.**                                        **No. 12-cv-1249 MV/SMV**

**FARMINGTON MUN. SCH. and**
**JANEL RYAN,**

     **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       July 21, 2016, at 1:30 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **July 21, 2016, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

     **IT IS SO ORDERED.**

                                         _____

                                       **STEPHAN M. VIDMAR**
                                       **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.