IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT S. BROOKS, JR.,**

    Plaintiff,

v.                                                              No. 12-cv-1249 MV/SMV

**FARMINGTON MUN. SCH. and**
**JANEL RYAN,**

    Defendants.

## ORDER VACATING AND RESETTING SETTLEMENT CONFERENCE

THIS MATTER is before the Court sua sponte.  The settlement conference originally set for September 21, 2016, is reset for **September 30, 2016, at 9:00 a.m**. in the **Brazos Courtroom, Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.**  The original order setting the settlement conference [Doc. 141] will remain in effect, except that the deadlines will now be set as follows:

| | |
|---|---|
| **Plaintiff's letter and settlement demand due to Defendant:** | September 13, 2016 |
| **Defendants' letter and counteroffer due to Plaintiff:** | September 20, 2016 |
| **Plaintiff provides copies of settlement letters to the Court by:** | 12:00 p.m. on September 23, 2016 |
| **Parties' confidential position statements due to the Court:** | 12:00 p.m. on September 23, 2016 |
| **Settlement Conference:** | 9:00 a.m. on September 30, 2016 |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**